IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.:  3:07mj337

JOHNATHAN O. SEXTON

_____

### ORDER

Because there was doubt about defendant's possible prior DUI convictions, this case was set for jury trial.  Both the government and defense counsel now agree, and the court finds, that the maximum penalty for the current charge is six months in prison.  The case is therefore treated as a petty offense.  Defendants accused of petty offenses are not entitled to trial by jury.  *Baldwin v. New York*, 399 U.S. 66, 90 S.Ct. 1886, 26 L.Ed.2d 437 (1970); *United States v. Chavez*, 204 F.3d 1305 (11th Cir. 2000).

Accordingly, it is ORDERED that on its own motion, the Court's order of December 12, 2007, is VACATED.  A bench trial is scheduled for February 26, 2008 at 10:00 a.m. before Magistrate Judge Miles Davis.

DONE AND ORDERED at Pensacola this 16th day of January, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE